JOHN L. WHITE, Appellant, v. ONONDAGA COUNTY SAVINGS BANK, Respondent.— Reargument ordered on the question as to the effect of the

contracts establishing easements over the nine-foot alley after the contract of sale to the plaintiff, and case set down for March fourteenth.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM LITTLER, Respondent, for Compensation under the Workmen's Compensation Law, v. GEORGE A. FULLER COMPANY, Employer, Appellant.— Motion denied.